UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH SCOTT,** <br> Plaintiff, <br> vs. <br><br> **JOHN CHRISTIANSEN, et al.,** <br> Defendants. | **2:21-CV-12904-TGB-DRG** <br><br> **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan: October 27, 2022.

                                 KINIKIA ESSEX
                                 CLERK OF THE COURT

                                 s/A. Chubb
                                 Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE